1    George M. Kraw (California Bar No. 71551)
     Katherine McDonough (California Bar No. 241426)
2    Jessica N. Melgar (California Bar No. 311575)
     Kraw Law Group, APC
3    605 Ellis Street, Suite 200
     Mountain View, California 94043
4    Telephone: 650-314-7800
     Facsimile:  650-314-7899
5    gkraw@kraw.com
     kmcdonough@kraw.com
6    jmelgar@kraw.com
7

8    Attorneys for:
     Board of Trustees of the U.A. Local No. 343 Pension Plan, U.A. Local Nos. 343 and 355
9    Defined Contribution Plan, and Plumbers and Steamfitters Managed Health Care Plan;
10   U.A. Local No. 343 Pension Plan
     U.A. Local Nos. 343 and 355 Defined Contribution Plan, and
11   Plumbers and Steamfitters Managed Health Care Plan; U.A. Local 343
12

13   **IN THE UNITED STATES DISTRICT COURT**

14   **FOR THE EASTERN DISTRICT OF CALIFORNIA**

     **SACRAMENTO DIVISION**
15

16   U.A. LOCAL NO. 343 PENSION PLAN, U.A.          Case No.: 2:19-cv-01381-JAM-DB
     LOCAL NOS. 343 AND 355 DEFINED
17   CONTRIBUTION PLAN, PLUMBERS AND              **STIPULATION AND ORDER TO**
     STEAMFITTERS MANAGED HEALTH CARE            **EXTEND DISCOVERY AND**
18   PLAN,                                       **RELATED DEADLINES**
                                                 **(AS MODIFED BY THE COURT)**
19              and

20   BOARD OF TRUSTEES, U.A. LOCAL NO. 343
     PENSION PLAN, BOARD OF TRUSTEES, U.A.
21   LOCAL NOS. 343 AND 355 DEFINED
     CONTRIBUTION PLAN, BOARD OF
22   TRUSTEES, PLUMBERS AND STEAMFITTERS
     MANAGED HEALTH CARE PLAN,
23
     U.A. LOCAL 343,
24
                Plaintiffs,
25
          v.
26
     G.A.R. PLUMBING, INC.,
27
                Defendant.
28

---

The parties hereto, by and through their undersigned counsel of record, hereby enter the following stipulation which they respectfully request that the Court enter as an Order in this action:

WHEREAS, on July 22, 2019, Plaintiffs U.A. LOCAL NO. 343 PENSION PLAN, U.A. LOCAL NOS. 343 AND 355 DEFINED CONTRIBUTION PLAN, PLUMBERS AND STEAMFITTERS MANAGED HEALTH CARE PLAN, and BOARD OF TRUSTEES, U.A. LOCAL NO. 343 PENSION PLAN, BOARD OF TRUSTEES, U.A. LOCAL NOS. 343 AND 355 DEFINED CONTRIBUTION PLAN, BOARD OF TRUSTEES, PLUMBERS AND STEAMFITTERS MANAGED HEALTH CARE PLAN, U.A. LOCAL 343 (collectively the "Funds" or "Plaintiffs"), filed a Complaint against the Defendants G.A.R. Plumbing, Inc., ("GAR" OR "Defendant") and in the United States District Court for the Eastern District of California, the Sacramento Division (the "Eastern District");

WHEREAS, the Minute Order issued October 28, 2019, establishes the following dates

1. Discovery cutoff: March 2, 2020

2. Plaintiffs' Motion for Summary Judgment: April 7, 2020

3. Defendant's opposition and cross motion: April 28, 2020

4. Plaintiff's reply and opposition: May 12, 2020

5. Defendant's reply: May 19, 2020

6. Hearing on the cross motions: June 9, 2020 at 1:30 p.m.;

WHEREAS, the parties have met and conferred in good faith regarding scheduling depositions and further discovery;

WHEREAS, Defendant's witnesses are unavailable for a deposition until on or about March 3, 2020 at the earliest;

WHEREAS, because of Defendant's schedule, the Parties request additional time to complete discovery and a change in the remaining deadlines regarding the motions for summary judgment and the hearing date for the motions for summary judgment so that the parties can complete discovery;

THEREFORE, the Parties hereby stipulate and jointly request that the Court grant an extension for the above listed deadlines as follows:

1.    Discovery cutoff: April 3, 2020

2.    Plaintiffs' Motion for Summary Judgment: May 12, 2020

3.    Defendant's opposition and cross motion: June 3, 2020

4.    Plaintiff's reply and opposition: June 17, 2020

5.    Defendant's reply: June 24, 2020

6.    Hearing on the cross motions: July 14, 2020 at 1:30 p.m.

Respectfully submitted,

Dated: 02/18/2020                    By:    /s/Jessica N. Melgar
                                            JESSICA N. MELGAR
                                            Kraw Law Group, APC
                                            Counsel for Plaintiffs

Dated: 02/18/2020                    By:    /s/ Alfonzo L. Poiré
                                            ALFONSO L. POIRÉ
                                            Reynolds Law, LLP
                                            Counsel for Defendant

DATED:  2/19/20


SO ORDERED:                          /s/ John A. Mendez


ATTESTATION

I, Jessica N. Melgar, attest that the signatory Alfonso Poire has read and approved the foregoing STIPULATION TO EXTEND DISCOVERY AND RELATED DEADLINES and has consented to its filing in this action.

Date:   February 18, 2020            /s/ JESSICA N. MELGAR
                                     JESSICA N. MELGAR
                                     Counsel for Plaintiffs