George M. Kraw (California Bar No. 71551)
Katherine McDonough (California Bar No. 241426)
Jessica N. Melgar (California Bar No. 311575)
Kraw Law Group, APC
605 Ellis Street, Suite 200
Mountain View, California 94043
Telephone: 650-314-7800
Facsimile:  650-314-7899
gkraw@kraw.com
kmcdonough@kraw.com
jmelgar@kraw.com

Attorneys for:
Board of Trustees of the U.A. Local No. 343 Pension Plan, U.A. Local Nos. 343 and 355 Defined Contribution Plan, and Plumbers and Steamfitters Managed Health Care Plan;

U.A. Local No. 343 Pension Plan
U.A. Local Nos. 343 and 355 Defined Contribution Plan, and
Plumbers and Steamfitters Managed Health Care Plan; U.A. Local 343

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| U.A. LOCAL NO. 343 PENSION PLAN, U.A. LOCAL NOS. 343 AND 355 DEFINED CONTRIBUTION PLAN, PLUMBERS AND STEAMFITTERS MANAGED HEALTH CARE PLAN, <br><br> and <br><br> BOARD OF TRUSTEES, U.A. LOCAL NO. 343 PENSION PLAN, BOARD OF TRUSTEES, U.A. LOCAL NOS. 343 AND 355 DEFINED CONTRIBUTION PLAN, BOARD OF TRUSTEES, PLUMBERS AND STEAMFITTERS MANAGED HEALTH CARE PLAN, <br><br> U.A. LOCAL 343, <br><br> Plaintiffs, <br><br> v. <br><br> G.A.R. PLUMBING, INC., <br><br> Defendant. | Case No.: 2:19-cv-01381-JAM-DB <br><br> **ORDER RE STIPULATION TO EXTEND DISCOVERY AND DEADLINES** |

[PROPOSED] ORDER RE STIPULATION TO EXTEND DISCOVERY AND
RELATED DEADLINES– 1
CASE NO.: 2:19-CV-01381-JAM-DB

Upon the agreement of the parties, and good cause appearing, the attached STIPULATION TO EXTEND DISCOVERY AND DEADLINES is hereby adopted as the Order of this court.

**IT IS SO ORDERED**.

Dated: 3/25/2020                    /s/ John A. Mendez_____

                                    Hon. John Mendez
                                    UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE STIPULATION TO EXTEND DISCOVERY AND RELATED DEADLINES– 2
CASE NO.: 2:19-CV-01381-JAM-DB