George M. Kraw (California Bar No. 71551)
Katherine McDonough (California Bar No. 241426)
Kraw Law Group, APC
605 Ellis Street, Suite 200
Mountain View, California 94043
Telephone: 650-314-7800
Facsimile:  650-314-7899
gkraw@kraw.com
kmcdonough@kraw.com

Attorneys for:
Board of Trustees of the U.A. Local No. 343 Pension Plan, U.A. Local Nos. 343 and 355 Defined Contribution Plan, and Plumbers and Steamfitters Managed Health Care Plan;

U.A. Local No. 343 Pension Plan
U.A. Local Nos. 343 and 355 Defined Contribution Plan, and
Plumbers and Steamfitters Managed Health Care Plan; U.A. Local 343

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**(SACRAMENTO DIVISION)**

| | |
|---|---|
| U.A. LOCAL NO. 343 PENSION PLAN, U.A. LOCAL NOS. 343 AND 355 DEFINED CONTRIBUTION PLAN, PLUMBERS AND STEAMFITTERS MANAGED HEALTH CARE PLAN, | Case No.: 2:19-cv-01381-JAM-DB  **STIPULATION TO EXTEND DISCOVERY AND RELATED DEADLINES** |
| And, | |
| BOARD OF TRUSTEES, U.A. LOCAL NO. 343 PENSION PLAN, BOARD OF TRUSTEES, U.A. LOCAL NOS. 343 AND 355 DEFINED CONTRIBUTION PLAN, BOARD OF TRUSTEES, PLUMBERS AND STEAMFITTERS MANAGED HEALTH CARE PLAN, | |
| U.A. LOCAL 343, | |
| Plaintiffs, | |
| vs. | |
| G.A.R. PLUMBING, INC., | |
| Defendant. | |

The parties hereto, by and through their undersigned counsel of record, hereby enter the following stipulation which they respectfully request that the Court enter as an Order in this action:

WHEREAS, on July 22, 2019, Plaintiffs U.A. LOCAL NO. 343 PENSION PLAN, U.A. LOCAL NOS. 343 AND 355 DEFINED CONTRIBUTION PLAN, PLUMBERS AND STEAMFITTERS MANAGED HEALTH CARE PLAN, and BOARD OF TRUSTEES, U.A. LOCAL NO. 343 PENSION PLAN, BOARD OF TRUSTEES, U.A. LOCAL NOS. 343 AND 355 DEFINED CONTRIBUTION PLAN, BOARD OF TRUSTEES, PLUMBERS AND STEAMFITTERS MANAGED HEALTH CARE PLAN, U.A. LOCAL 343 (collectively the "Funds" or "Plaintiffs"), filed a Complaint against the Defendants G.A.R. Plumbing, Inc., ("GAR" OR "Defendant") and in the United States District Court for the Eastern District of California, the Sacramento Division (the "Eastern District");

WHEREAS, the Honorable John Mendez's Minute Order issued on October 28, 2019 (ECF No. 11), established the following dates and deadlines related to discovery and motions for summary judgment:

1. Discovery cutoff: March 2, 2020
2. Plaintiffs' Motion for Summary Judgment: April 7, 2020
3. Defendant's opposition and cross motion: April 28, 2020
4. Plaintiff's reply and opposition: May 12, 2020
5. Defendant's reply: May 19, 2020
6. Hearing on the cross motions: June 9, 2020 at 1:30 p.m.;

WHEREAS, on February 20, 2020, after the parties stipulated to extend discovery and related deadlines, the Court granted and approved new discovery and related deadlines (*See* ECF Nos. 12 & 13).

WHEREAS, on March 25, 2020, after the parties further stipulated to extend discovery and related deadlines due to the COVID-19 pandemic and ongoing settlement discussions, the Court granted and approved new discovery and related deadlines as follows:

STIPULATION TO EXTEND DISCOVERY AND RELATED DEADLINES– 2
CASE NO.: 2:19-CV-01381-JAM-DB

1.   Discovery cutoff: May 3, 2020

2.   Plaintiffs' Motion for Summary Judgment: June 9, 2020

3.   Defendant's opposition and cross motion: July 1, 2020

4.   Plaintiff's reply and opposition: June 17, 2020

5.   Defendant's reply: July 14, 2020

6.   Hearing on the cross motions: August 11, 2020 at 1:30 p.m.

(*See* ECF Nos. 14 &15).

WHEREAS, the parties have met and conferred in good faith regarding scheduling depositions and further discovery;

WHEREAS, in continuing State and County Stay-at-Home Orders intended to slow the spread of COVID-19, the parties and their counsel are continuing to adhere to the shelter in place order which will continue to impede discovery by, among other things, preventing access to relevant documents and witnesses; and;

WHEREAS, the parties are also continuing to engage in good faith settlement discussions, which are continuing to progress but may be delayed because shelter in place orders prevent access to relevant documents related to damages;

WHEREAS, previous lead counsel for the Plaintiffs is no longer with the firm;

WHEREAS, because of the stay-at-home orders intended to stop the spread of COVID-19,the Parties request additional time to complete discovery and further request a change in the remaining deadlines regarding the motions for summary judgment and the hearing date, so that the parties can continue to engage in settlement discussions and abide by the state and local shelter in place orders;

THEREFORE, the Parties hereby stipulate and jointly request that the Court grant an extension for the above listed deadlines as follows:

1.   Discovery cutoff: **July 31, 2020**

2.   Plaintiffs' Motion for Summary Judgment: **September 1, 2020**

3.   Defendant's opposition and cross motion: **September 15, 2020**

STIPULATION TO EXTEND DISCOVERY AND RELATED DEADLINES– 3
CASE NO.: 2:19-CV-01381-JAM-DB

4. Plaintiff's reply and opposition: **September 29, 2020**

5. Defendant's reply: **October 6, 2020**

6. Hearing on the cross motions: **October 13, 2020 at 1:30 p.m.**

Respectfully submitted,

KRAW LAW GROUP, APC

Dated: April 30, 2020                     By: /s/ Katherine McDonough
    KATHERINE MCDONOUGH
    Kraw Law Group, APC
    *Counsel for Plaintiffs*

REYNOLDS LAW, LLP

Dated: April 29, 2020                     By: /s/ Alfonso L. Poiré
    ALFONSO L. POIRÉ
    Reynolds Law, LLP
    *Counsel for Defendant*

IT IS SO ORDERED:  5/4/2020

/s/ John A. Mendez

United States District Court Judge

## ATTESTATION

I, Katherine McDonough, attest that the signatory Alfonso Poire has read and approved the foregoing STIPULATION TO EXTEND DISCOVERY AND RELATED DEADLINES and has consented to its filing in this action.

Date:   April 30, 2020                     /S/ KATHERINE MCDONOUGH
    KATHERINE MCDONOUGH
    *Counsel for Plaintiffs*