George M. Kraw (California Bar No. 71551)
Katherine McDonough (California Bar No. 241426)
Kraw Law Group, APC
605 Ellis Street, Suite 200
Mountain View, California 94043
Telephone: 650-314-7800
Facsimile:  650-314-7899
gkraw@kraw.com
kmcdonough@kraw.com

Attorneys for:
Board of Trustees of the U.A. Local No. 343 Pension Plan, U.A. Local Nos. 343 and 355 Defined Contribution Plan, and Plumbers and Steamfitters Managed Health Care Plan;

U.A. Local No. 343 Pension Plan
U.A. Local Nos. 343 and 355 Defined Contribution Plan, and
Plumbers and Steamfitters Managed Health Care Plan; U.A. Local 343

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| U.A. LOCAL NO. 343 PENSION PLAN, U.A. LOCAL NOS. 343 AND 355 DEFINED CONTRIBUTION PLAN, PLUMBERS AND STEAMFITTERS MANAGED HEALTH CARE PLAN,<br><br>and<br><br>BOARD OF TRUSTEES, U.A. LOCAL NO. 343 PENSION PLAN, BOARD OF TRUSTEES, U.A. LOCAL NOS. 343 AND 355 DEFINED CONTRIBUTION PLAN, BOARD OF TRUSTEES, PLUMBERS AND STEAMFITTERS MANAGED HEALTH CARE PLAN,<br><br>U.A. LOCAL 343,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>G.A.R. PLUMBING, INC.,<br><br>　　　　Defendant. | Case No.: 2:19-cv-01381-JAM-DB<br><br>**ORDER RE STIPULATION TO EXTEND DISCOVERY AND RELATED DEADLINES BY ONE (1) MONTH** |

Upon the agreement of the parties and good cause appearing, the attached STIPULATION [22] TO EXTEND DISCOVERY AND RELATED DEADLINES BY ONE (1) MONTH is hereby adopted as the ORDER of this Court.

**IT IS SO ORDERED.**

Dated:  August 28, 2020         /s/ John A. Mendez_____
                                Hon. John A. Mendez
                                UNITED STATES DISTRICT COURT JUDGE