JAMES R. FORBES, ESQ. SBN 114893
ALFONSO L. POIRE, ESQ. SBN 149185
Reynolds Law LLP
1411 Oliver Road, Suite 300
Fairfield, California 94534-3433
(707) 425-1255 / (707) 207-7955 [FAX]
e-mail: jforbes@reynoldslawllpcom;
apoire@reynoldslawllp.com

Attorneys for G.A.R. PLUMBING PARTNERS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.A. LOCAL NO. 343 PENSION PLAN, U.A. LOCAL NOS. 343 ABD 355 DEFINED CONTRIBUTION PLAN, PLUMBER AND STEAMFITTERS MANAGED HEALTH CARE PLAN,<br><br>And,<br><br>BOARD OF TRUSTEES, U.A. LOCAL NO. 343 PENSION PLAN, BOARD OF TRUSTEES, U.A. LOCAL NOS. 343 AND 355 DEFINED CONTRIBUTION PLAN, BOARD OF TRUSTEES, PLUMBERS AND STEAMFITTERS MANAGED HEALTH CARE PLAN,<br><br>And,<br><br>U.A. LOCAL NO. 343,<br><br>    Plaintiffs,<br><br>vs.<br><br>G.A.R. PLUMBING PARTNERS, INC.,<br><br>    Defendant.<br>_____<br><br>G.A.R. PLUMBING PARTNERS, INC.,<br><br>    Counterclaimant,<br><br>vs.<br><br>BOARD OF TRUSTEES, U.A. LOCAL NO. | Case No. 2:19-cv-01381-JAM-DB<br><br>**ORDER RE STIPULATION TO PERMIT FILING AND SERVICE OF COUNTERCLAIM MATURING OR ACQUIRED AFTER PLEADING**<br><br>Judge: Hon. John A. Mendez<br><br>Date Action Filed: 7/22/19 |

1

**[PROPOSED] ORDER RE STIPULATION TO PERMIT FILING AND SERVICE OF COUNTERCLAIM MATURING OR ACQUIRED AFTER PLEADING**

343 PENSION PLAN, U.A. LOCAL NOS. 343 AND 355 DEFINED CONTRIBUTION PLAN,  U.A. LOCAL NO. 343 PENSION PLAN, and U.A. LOCAL NOS. 343 AND 355 DEFINED CONTRIBUTION PLAN,

Counterclaim Defendants.

Upon the agreement of the parties and good cause appearing, the attached STIPULATION TO PERMIT FILING AND SERVICE OF COUNTERCLAIM MATURING OR ACQUIRED AFTER PLEADING is hereby adopted as the ORDER of this Court.

**IT IS SO ORDERED.**

Dated:  August 28, 2020               /s/ John A. Mendez
                                      Hon. John A. Mendez
                                      UNITED STATES DISTRICT COURT JUDGE