George M. Kraw (California Bar No. 71551)
Katherine McDonough (California Bar No. 241426)
Kraw Law Group, APC
605 Ellis Street, Suite 200
Mountain View, California 94043
Telephone: 650-314-7800
Facsimile:  650-314-7899
gkraw@kraw.com
kmcdonough@kraw.com

Attorneys for Plaintiffs/Counter-Defendants:
*Board of Trustees of the U.A. Local No. 343 Pension Plan, U.A. Local Nos. 343 and 355 Defined Contribution Plan, and Plumbers and Steamfitters Managed Health Care Plan;* and

*U.A. Local No. 343 Pension Plan
U.A. Local Nos. 343 and 355 Defined Contribution Plan, and Plumbers and Steamfitters Managed Health Care Plan; U.A. Local 343*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| U.A. LOCAL NO. 343 PENSION PLAN, ET AL.,<br><br>           PLAINTIFFS,<br>     V.<br><br>G.A.R. PLUMBING PARTNERS, INC.,<br><br>           Defendant.<br><br>---<br><br>G.A.R. PLUMBING PARTNERS, INC.,<br><br>           COUNTER-CLAIMANT,<br>     V.<br><br>U.A. LOCAL NO. 343 PENSION PLAN, ET AL.,<br><br>           COUNTER-DEFENDANTS. | Case No.: Case 2:19-cv-01381-JAM-DB<br><br>**SIXTH STIPULATION TO EXTEND DISCOVERY AND RELATED DEADLINES** |

1  The parties hereto, by and through their undersigned counsel of record, hereby enter the
2  following stipulation which they respectfully request the Court enter as an Order in this action:
3  WHEREAS, on July 22, 2019, Plaintiffs U.A. LOCAL NO. 343 PENSION PLAN,
4  U.A. LOCAL NOS. 343 AND 355 DEFINED CONTRIBUTION PLAN, PLUMBERS AND
5  STEAMFITTERS MANAGED HEALTH CARE PLAN, and BOARD OF TRUSTEES, U.A.
6  LOCAL NO. 343 PENSION PLAN, BOARD OF TRUSTEES, U.A. LOCAL NOS. 343 AND
7  355 DEFINED CONTRIBUTION PLAN, BOARD OF TRUSTEES, PLUMBERS AND
8  STEAMFITTERS MANAGED HEALTH CARE PLAN, and U.A. LOCAL 343 (collectively
9  the "Funds" or "Plaintiffs"), filed a Complaint against the Defendants G.A.R. Plumbing, Inc.,
10 ("GAR" OR "Defendant") in the United States District Court for the Eastern District of
11 California, Sacramento Division (the "Eastern District");
12 WHEREAS, on August 27, 2020, the Court granted the parties Fifth Extension of
13 Deadlines

   1. Discovery cutoff: **October 1, 2020**
   2. Plaintiffs' Motion for Summary Judgment**: November 2, 2020**
   3. Defendant's opposition and cross motion: **November 16, 2020**
   4. Plaintiffs' reply and opposition: **November 30, 2020**
   5. Defendant's reply: **December 7, 2020**

   Hearing on the cross motions: **January 12, 2021 at 1:30 p.m.**

20 WHEREAS, the parties had a discovery dispute concerning document requests and a
21 third-party subpoena for financial and tax records of the Defendant and the Defendant's
22 shareholders, and WHEREAS, the Plaintiffs filed a motion to compel.  WHEREAS, the parties
23 met and conferred regarding their discovery dispute and entered into a stipulated protective
24 order and a stipulation to extend the discovery deadline to October 16, 2020, which the Court
25 granted.
26 WHEREAS Defense Counsel represented to Plaintiffs that Defendant and its
27 shareholders have gathered some, but not all of the requested and subpoenaed documents.
28

WHEREAS, Plaintiffs believe that it would be more efficient and cost effective to allow the Defendant and its shareholders additional time to gather the requested and subpoenaed documents then to file an additional motion to compel.

WHEREAS, Plaintiffs and Defendant have agreed that the Defendant's shareholders will be deposed on October 28, 2020 to allow them time to gather their documents.

WHEREAS, the October 28, 2020 deposition date will not permit Plaintiffs sufficient time to prepare their motion for Summary Judgment by November 2, 2020.

WHEREAS, the parties make the following stipulated request for the Sixth Extension of Deadlines:

1. Discovery cutoff: **November 13, 2020**
2. Plaintiffs' Motion for Summary Judgment**: December 14, 2020**
3. Defendant's opposition and cross motion: **December 28, 2020**
4. Plaintiffs' reply and opposition: **January 11, 2021**
5. Defendant's reply: **January, 18, 2021**
6. Hearing on the cross motions: **February 23, 2021 at 1:30 p.m.**

Respectfully submitted,

KRAW LAW GROUP, APC

Dated:   October 22, 2020         By:   /s/Katherine McDonough
                                        KATHERINE MCDONOUGH
                                        Kraw Law Group, APC
                                        *Counsel for Plaintiffs/Counter-Defendants*

REYNOLDS LAW, LLP

Dated:   October 22, 2020         By:   /s/ Alfonso L. Poiré
                                        ALFONSO L. POIRÉ
                                        Reynolds Law, LLP
                                        *Counsel for Defendant/Counter-Claimant*

STIPULATION TO EXTEND DISCOVERY AND RELATED DEADLINES– 3
CASE NO.: 2:19-CV-01381-JAM-DB

**ATTESTATION**

I, Katherine McDonough, attest that the signatory Alfonso Poire has read and approved the foregoing STIPULATION TO EXTEND DISCOVERY AND RELATED DEADLINES and has consented to its filing in this action.

Date:   October 22, 2020              By:     /s/Katherine McDonough
                                              KATHERINE MCDONOUGH
                                              Kraw Law Group, APC
                                              *Counsel for Plaintiffs/Counter-Defendants*

George M. Kraw (California Bar No. 71551)
Katherine McDonough (California Bar No. 241426)
Kraw Law Group, APC
605 Ellis Street, Suite 200
Mountain View, California 94043
Telephone: 650-314-7800
Facsimile:  650-314-7899
gkraw@kraw.com
kmcdonough@kraw.com


Attorneys for:
Board of Trustees of the U.A. Local No. 343 Pension Plan, U.A. Local Nos. 343 and 355 Defined Contribution Plan, and Plumbers and Steamfitters Managed Health Care Plan;

U.A. Local No. 343 Pension Plan
U.A. Local Nos. 343 and 355 Defined Contribution Plan, and
Plumbers and Steamfitters Managed Health Care Plan; U.A. Local 343

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| U.A. LOCAL NO. 343 PENSION PLAN, ET AL., <br><br> PLAINTIFFS, <br> V. <br><br> G.A.R. PLUMBING PARTNERS, INC., <br><br> Defendant. | Case No.: Case 2:19-cv-01381-JAM-DB <br><br> **ORDER RE SIXTH STIPULATION TO EXTEND DISCOVERY AND RELATED DEADLINES** |
| G.A.R. PLUMBING PARTNERS, INC., <br><br> COUNTER-CLAIMANT, <br> V. <br><br> U.A. LOCAL NO. 343 PENSION PLAN, ET AL., <br><br> COUNTER-DEFENDANTS. | |

1 | Upon the agreement of the parties and good cause appearing, the attached
2 | SIXTH STIPULATION TO EXTEND DISCOVERY AND RELATED DEADLINES is
3 | hereby adopted as the ORDER of this Court.
4 | **IT IS SO ORDERED.**

DATED: October 22, 2020

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE