JAMES R. FORBES, ESQ. SBN 114893
ALFONSO L. POIRE, ESQ. SBN 149185
Reynolds Law LLP
1411 Oliver Road, Suite 300
Fairfield, California 94534-3433
(707) 425-1255 / (707) 207-7955 [FAX]
e-mail: jforbes@reynoldslawllpcom;
apoire@reynoldslawllp.com

Attorneys for G.A.R. PLUMBING PARTNERS, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.A. LOCAL NO. 343 PENSION PLAN, U.A. LOCAL NOS. 343 ABD 355 DEFINED CONTRIBUTION PLAN, PLUMBER AND STEAMFITTERS MANAGED HEALTH CARE PLAN,<br><br>And,<br><br>BOARD OF TRUSTEES, U.A. LOCAL NO. 343 PENSION PLAN, BOARD OF TRUSTEES, U.A. LOCAL NOS. 343 AND 355 DEFINED CONTRIBUTION PLAN, BOARD OF TRUSTEES, PLUMBERS AND STEAMFITTERS MANAGED HEALTH CARE PLAN,<br><br>And,<br><br>U.A. LOCAL NO. 343,<br><br>Plaintiffs,<br><br>vs.<br><br>G.A.R. PLUMBING PARTNERS, INC.,<br><br>Defendant.<br>_____<br><br>G.A.R. PLUMBING PARTNERS, INC.,<br><br>Counterclaimant,<br><br>vs.<br><br>BOARD OF TRUSTEES, U.A. LOCAL NO. | Case No. 2:19-cv-01381-JAM-DB<br><br>**ORDER ON DEFENDANT'S EX PARTE REQUEST TO MODIFY STIPULATED SCHEDULING ORDER TO PERMIT FILING OF OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

1

ORDER ON DEFENDANT'S EX PARTE REQUEST TO MODIFY STIPULATED SCHEDULING ORDER TO PERMIT FILING OF OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

343 PENSION PLAN, U.A. LOCAL NOS. 343 AND 355 DEFINED CONTRIBUTION PLAN,  U.A. LOCAL NO. 343 PENSION PLAN, and U.A. LOCAL NOS. 343 AND 355 DEFINED CONTRIBUTION PLAN,

Counterclaim Defendants.

Defendant seeks ex parte relief in the form of an order extending the deadline for Defendant to file its opposition to Plaintiffs' motion for summary judgment from the stipulated date of December 28, 2020, to the February 9, 2021, date calculated for that opposition using the February 23, 2021 hearing date for Plaintiffs' motion.

After review of the Defendant's pleadings here, IT IS HEREBY ORDERED THAT:

1. Defendant's ex parte request to modify stipulated scheduling order is GRANTED, and Defendant shall have until February 9, 2023 to file its opposition to Plaintiffs' pending motion for summary judgment in this matter; and,

2. The hearing on Plaintiffs' pending motion for summary judgment remains as scheduled for February 23, 2021.

Dated:  January 14, 2021            /s/ John A. Mendez
                                    THE HONORABLE JOHN A. MENDEZ
                                    UNITED STATES DISTRICT COURT JUDGE