George M. Kraw (California Bar No. 71551)
Katherine McDonough (California Bar No. 241426)
KRAW LAW GROUP, APC
605 Ellis Street, Suite 200
Mountain View, California 94043
Telephone: 650-314-7800
Facsimile:  650-314-7899
gkraw@kraw.com
kmcdonough@kraw.com

Attorneys for:
Board of Trustees of the U.A. Local No. 343 Pension Plan, U.A. Local Nos. 343 and 355 Defined Contribution Plan, and Plumbers and Steamfitters Managed Health Care Plan;

U.A. Local No. 343 Pension Plan
U.A. Local Nos. 343 and 355 Defined Contribution Plan, and
Plumbers and Steamfitters Managed Health Care Plan; U.A. Local 343

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| U.A. LOCAL NO. 343 PENSION PLAN, U.A. LOCAL NOS. 343 AND 355 DEFINED CONTRIBUTION PLAN, PLUMBERS AND STEAMFITTERS MANAGED HEALTH CARE PLAN,<br><br>And<br><br>BOARD OF TRUSTEES, U.A. LOCAL NO. 343 PENSION PLAN, BOARD OF TRUSTEES, U.A. LOCAL NOS. 343 AND 355 DEFINED CONTRIBUTION PLAN, BOARD OF TRUSTEES, PLUMBERS AND STEAMFITTERS MANAGED HEALTH CARE PLAN,<br><br>And<br><br>U.A. LOCAL 343,<br><br>Plaintiffs/Counter-Defendants,<br><br>vs.<br><br>G.A.R. PLUMBING PARTNERS, INC.,<br>Defendant/Counter-Plaintiff. | Case No.: 2:19-cv-01381-JAM-DB<br><br>**STIPULATION TO DISMISS AND REQUEST TO RETAIN JURISDICTION IN LIGHT OF SETTLEMENT AGREEMENT;[PROPOSED] ORDER THEREON; REVISED EXHIBIT "A" (FULLY EXECUTED SETTLEMENT AGREEMENT)** |

The following Stipulation to Retain Jurisdiction and Request for Dismissal is entered into by and between Plaintiffs and Defendant G.A.R. Plumbing Partners, Inc.

WHEREAS, Plaintiffs, Defendant G.A.R. Plumbing Partners, Inc. and George and Carolyn Robertson, who are the co-owners of G.A.R., entered into a written Settlement Agreement, a true and accurate copy of which is attached hereto as Exhibit "A" and incorporated herein.

WHEREAS, Pursuant to paragraph 2.14 of the Settlement Agreement, the Plaintiffs, GAR and George and Carolyn Robertson have stipulated that:

2.14 **Retaining of Jurisdiction and Addition of Carolyn and George Robertson as Defendants:** The Parties wish to resolve this matter without further litigation. GAR and George and Carolyn Robertson do not wish to have a judgment entered against them, but Plaintiffs do not wish to dismiss this action without assurances that the Court will retain jurisdiction to assure the compliance of GAR and George and Carolyn Robertson with this Settlement Agreement. Additionally, the Plaintiffs do not want to dismiss this action without assurance that George and Carolyn Robertson agree, and will be, added as a Defendant to this Action and submit to the jurisdiction of the Court for the purposes of enforcing the Settlement Agreement and entering a Stipulated Judgement against them if the requirements of paragraph 2.6 are satisfied. Accordingly, (I) George and Carolyn Robertson agree to be added as Defendants and submit to the jurisdiction of this Court solely for the purpose of enforcing this Settlement Agreement and entering and enforcing a Stipulated Judgment against them if the requirements of paragraph 2.6 are satisfied and (2) the Parties agree that the Parties shall execute a Stipulation for Dismissal and request dismissal of the matter on the condition that the Court retains jurisdiction of the case so the Plaintiffs will not need to re-file this lawsuit and can enter Judgment against GAR and George and Carolyn Robertson pursuant to paragraph 2.6 if there is a default under the Settlement Agreement.

The parties respectfully stipulate, and respectfully request, that the Court dismiss the above-captioned matter pursuant to Federal Rule of Civil Procedure 41 and retain jurisdiction to enforce the Settlement Agreement hereto as Exhibit "A" against G.A.R and George and Carolyn Robertson, who stipulated to be added as a Defendant to the proceeding for the purposes of enforcing the Settlement Agreement.

Respectfully submitted,

Dated: September 27, 2021          By:      /s/Katherine McDonough
                                                                   KATHERINE MCDONOUGH
                                                                   Kraw Law Group, APC
                                                                   *Counsel for Plaintiffs/Counter-Defendants*

REYNOLDS LAW, LLP

Dated: September 24, 2021          By:      /s/ Alfonso L. Poiré
                                                                   ALFONSO L. POIRÉ
                                                                   Reynolds Law, LLP
                                              *Counsel for Defendant/Counter-Plaintiffs*

## **ATTESTATION**

    I, Katherine McDonough, attest that the signatory Alfonso Poiré has read and approved the foregoing STIPULATION TO DISMISS AND REQUEST TO RETAIN JURISDICTION IN LIGHT OF SETTLEMENT AGREEMENT;[PROPOSED] ORDER THEREON and has consented to its filing in this action.

Date: September 24, 2021                    By:      /s/Katherine McDonough
                                                                            KATHERINE MCDONOUGH
                                                                            Kraw Law Group, APC
                                                                            *Counsel for Plaintiffs/Counter-Defendants*

## ORDER

Plaintiffs, Defendant G.A.R. Plumbing Partners, Inc. ("G.A.R."), and George and Carolyn Robertson who are co-owners of Defendant G.A.R. have resolved this matter and agreed that this Court shall maintain jurisdiction over the case. The aforementioned parties also stipulated that for the purposes of enforcing the Settlement Agreement, George and Carolyn Robertson will be added as Defendants to this case.

IT IS HEREBY ORDERED that this case be dismissed pursuant to the Stipulation of Plaintiffs, Defendant GAR, and George and Carolyn Robertson. The Court shall retain jurisdiction to enforce the Settlement Agreement attached hereto as Exhibit "A" against Defendant G.A.R. and George and Carolyn Robertson, who based upon their stipulation in the Settlement Agreement will be added as Defendants to the proceeding for the purposes of enforcing the Settlement Agreement.

**IT IS SO ORDERED**

DATED: September 27, 2021          /s/ John A. Mendez
                                    THE HONORABLE JOHN A. MENDEZ
                                    UNITED STATES DISTRICT COURT JUDGE